**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 24-MJ-358** |
| **ANTONIO KINGSBURY,** | |
| **Defendant.** | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF PRETRIAL DETENTION**

Over the past 10 months, Defendant Kingsbury committed 15 armed robberies (and 1 attempt), over 10 of which were committed over the past several weeks. Defendant Kingsbury's incredibly dangerous conduct stopped only because he was arrested on November 7, 2024, after committing three final armed robberies in a span of two days.  Upon executing a search warrant for Defendant Kingsbury's residence, police recovered a gun, articles of clothing, and items linking Defendant Kingsbury to all of these robbery sprees.  During a custodial interview with members of the FBI, Defendant Kingsbury admitted committing at least 10 of the robberies and the attempted robbery, and did not deny involvement in any of the incidents.  Defendant Kingsbury's actions give rise to a rebuttal presumption that no condition or combination of conditions can reasonably assure the safety of the community pursuant to 18 U.S.C. 3142(e)(3)(B) as the crimes the defendant admitted to constitute an offense under 18 U.SC. 924(c).  Regardless of the presumption, Defendant Kingsbury poses a demonstrated risk to community safety and this Court should detain him pending trial under 18 U.S.C. §§ 3142(f)(1)(A) (crime of violence) and 3142(f)(1)(E) (felony involving the use of a dangerous weapon).  The government respectfully requests that this Court consider the following points and authorities, as well as any other facts, arguments, and authorities presented at the detention hearing.

I.        **Procedural History**

On November 7, 2024, the Honorable Moxila A. Upadhyaya signed search warrant 24-SW-362 (the "WARRANT") which authorized the government to search the residence at 225 Orange Street Southeast, Apartment # 24, Washington, D.C. 20032 (the "PREMISES"), and a red 2013 Hyundai Sonata bearing D.C. license plate number JE 2264 (the "VEHICLE") for evidence of violations of: 18 U.S.C. § 922(g)(1) (unlawful possession of a firearm by a person previously convicted of a crime punishable by a term of imprisonment exceeding one year); 18 U.S.C. § 1951(a) (interference with interstate commerce by robbery); and 18 U.S.C. § 924(c)(1)(A)(ii) (using, carrying, or possessing a firearm during, in relation to, or in furtherance of, a crime of violence).

On November 8, 2024, members of law enforcement executed the warrant around 6:00 a.m. (EST).  During the search of the PREMISES, law enforcement recovered a 9-millimeter Sig Sauer P365 pistol with serial number 66A554907.  At the time of its recovery, the Sig Sauer pistol was loaded with eleven (11) cartridges in a magazine capable of holding twelve (12) cartridges.  No round was in the chamber of the pistol.  Based on law enforcement's belief that Defendant Kingsbury violated 18 U.S.C. § 922(g)(1), Defendant Kingsbury was placed under arrest and brought to FBI's Washington Field Office.  At that time, a recorded custodial interview was performed of Defendant Kingsbury.  Defendant Kingsbury voluntarily waived his right to silence and admitted committing at least ten (10) armed robberies and one (1) attempted armed robbery between the District of Columbia, Maryland, and Virginia.  Defendant Kingsbury did not deny involvement in any of the incidents.

Later on November 8, 2024, the Honorable Matthew J. Sharbaugh issued a criminal complaint and arrest warrant charging Defendant Kingsbury with: Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by a Term of

Imprisonment Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1); Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(a)(ii); and Interference with Interstate Commerce by Robbery, 18 U.S.C. § 1951(a).

At Defendant Kingsbury's initial appearance on November 12, 2024, the government orally moved for detention, and a detention hearing was scheduled for November 15, 2024.  The government now respectfully submits this memorandum in support of pretrial detention pursuant to the above-reference provisions of the federal bail statute.

**II.**    **Legal Authority and Argument**

As a preliminary matter, the "rules concerning the admissibility of evidence in criminal trials do not apply to the presentation and consideration of information at the [detention] hearing." 18 U.S.C. § 3142(f).  Specifically, the presentation of hearsay evidence is permitted.  *Id.*; *United States v. Smith*, 79 F.3d 1208, 1210 (D.C. Cir. 1996).  Moreover, the government is not required to "spell out in precise detail how the government will prove its case at trial, nor specify exactly what sources it will use."  *United States v. Martir*, 782 F.2d 1141, 1145 (2d Cir. 1986); *United States v. Williams*, 798 F. Supp. 34, 36 (D.D.C. 1992).  A pretrial detention hearing should not be used as a discovery device and cross-examination should be limited to the disputed issues, since the detention hearing is not to be turned into a mini-trial and is not to be used as a subterfuge to obtain discovery.  *Smith*, 79 F.3d at 1210, *see also Williams*, 798 F. Supp. at 36.

Under Section 3142(g), the Court must analyze four factors in determining whether to detain the defendant pending trial: (1) the nature and circumstances of the offense charged; (2) the weight of the evidence against the defendant; (3) his history and characteristics; and (4) the nature and seriousness of the danger to any person or the community that would be posed by his release. *See* 18 U.S.C. § 3142(g).  A review and understanding of the facts and circumstances in this case require the Court to conclude that there is no condition or combination of conditions that would

assure the safety of the community were he to be released.  *See* 18 U.S.C. § 3142(e)(1).

**A.**      **Nature and Circumstances of the Offense Charged**

The nature and circumstances of the offenses charged weigh heavily in favor of detention. As set forth below, between January 9, 2024, and November 7, 2024, Defendant Kingsbury is believed to have committed fifteen (15) armed robberies and one (1) attempted armed robbery in just ten months.[1]   A chart summarizing the dates and locations of the crimes is depicted below:

| Number | Date | Business | Location |
|--------|------|----------|----------|
| 1 | 1/9/2024 | Subway | 1412 Marion Berry Ave. SE Washington, D.C. |
| 2 | 1/23/2024 | Starbucks | 2228 Martin Luther King Jr. Ave. SE Washington, D.C. |
| 3 | 1/26/2024 | Fuji Hibachi & Sushi | 2714 Marion Barry Avenue SE Washington, D.C. |
| 4 | 1/27/2024 | Starbucks | 2228 Martin Luther King Jr. Ave. SE Washington, D.C. |
| 5 | 6/9/2024 | Subway | 3045 Columbia Pike Arlington, VA |
| 6 | 10/3/2024 | Subway | 3045 Columbia Pike Arlington, VA |
| 7 | 10/3/2024 | Popeye's | 2310 Iverson Street Temple Hills, MD |
| 8 | 10/10/2024 | MetroPCS | 1346 Marion Barry Ave. SE Washington, D.C. |
| 9 | 10/12/2024 | Chipotle | 1571 Alabama Avenue SE Washington, D.C. |
| 10 | 10/18/2024 | Tobacco Hut | 4107 Columbia Pike Arlington, VA |
| 11 | 10/23/2024 | America's Best Wings | 2863 Alabama Ave. SE Washington, D.C. |
| 12 | 10/27/2024 | Phone Repair Pros | 4701-A Saint Barnabas Road Temple Hills, MD |
| 13 | 10/31/2024 | Popeye's | 4621 Silver Hill Road Suitland, MD |
| 14 | 11/6/2024 | ABC Store | 2940 Columbia Pike Arlington, VA |

---

[1] At the time of the Complaint, Defendant Kingsbury was under investigation for seventeen (17) armed robberies across D.C., Virginia, and Maryland.  *See* Compl. ¶ 8.  Upon further investigation, this detention memorandum will only discuss sixteen (16) of those incidents, fifteen (15) of which are armed robberies and one (1) of which is an attempted armed robbery.  The additional armed robbery included in the count listed in paragraph 8 of the Complaint, and not discussed in this detention memorandum, occurred in Maryland.

| 15 | 11/7/2024 | Tigo's Peruvian Express | 1322 H Street NE Washington, D.C. |
| 16 | 11/7/2024 | 7 Eleven Store | 5401 Silver Hill Road District Heights, MD |

All of these robberies involved a similar *modus operandi*, a perpetrator with similar physical characteristics to Defendant Kingsbury, and a similar firearm used during the course of the robbery.  In just the two days prior to his arrest—November 6 and 7—Defendant Kingsbury committed three of these robberies.  Additionally, during a custodial interview with members of the FBI, when asked about each of the fifteen armed robberies and one attempted armed robbery described above, Defendant Kingsbury did not deny any of these incidents and admitted affirmatively to at least ten of the robberies as well as the attempted armed robbery.

### 1. *January 9 Armed Robbery of Subway in Washington, D.C.*

On January 9, 2024, an armed robbery at a Subway Restaurant located at 1412 Marion Berry Avenue SE, Washington D.C. ("LOCATION-1") occurred.  According to the MPD detective file for the incident, W-1, an employee of LOCATION-1, reported that a black male approximately 6 feet tall wearing a medical mask over his nose and mouth, dark pants, dark hooded sweatshirt, and grey New Balance shoes entered LOCATION-1 ("the January 9 Robber").  W-1 further reported that the January 9 Robber then ordered a sub sandwich.  Instead of pulling out money to pay for the sandwich, the January 9 Robber produced a black pistol out of his left pocket and demanded money from the cash register.  W-1 reported the January 9 Robber stated she was moving too slow and stated "Give me the money or I'll shoot you!" and moreover demanded any $100 bills located in the register.  W-1 then reported the January 9 Robber physically grabbed the cash register tray with his bare hands while taking the available cash and exited LOCATION-1. In total, the January 9 Robber took approximately $60-$70 in United States Currency.

External video footage shows the January 9 Robber entering LOCATION-1 at around 12:19 p.m. (EST) and exiting LOCATION-1 and fleeing on foot into an alley behind LOCATION-1 at around 12:20 p.m. (EST).  Based on the surveillance footage (as seen below), the January 9 Robber appears to be wearing a "Nike" branded hooded sweatshirt and grey New Balance sneakers:



During the execution of the WARRANT at the PREMISES on November 8, 2024, members of the FBI recovered a "Nike" hooded sweatshirt consistent with what is seen in the surveillance footage of the January 9 Robber.  A photograph of the hooded sweatshirt recovered at the PREMISES is seen below:



During a custodial interview with the FBI on November 8, 2024, Defendant Kingsbury

admitted that his first robbery was on January 9 at a Subway restaurant in Washington, D.C. Additionally, Defendant Kingsbury admitted during that interview that he owned a pair of grey New Balance sneakers, but had recently put those shoes "in the trash". On Defendant Kingsbury's public Instagram account, Defendant Kingsbury is seen wearing grey New Balance sneakers in over a dozen photographs, some of which are below:



### 2. *January 23 Armed Robbery of Starbucks in Washington, D.C.*

On January 23, 2024, an armed robbery at a Starbucks located at 2228 Martin Luther King Jr. Avenue SW, Washington, D.C. ("LOCATION-2") occurred. According to the MPD detective file, employees of LOCATION-2 reported around 7:00 a.m. (EST) a black male approximately 6 feet tall wearing a medical mask over his nose and mouth, dark pants, dark hooded sweatshirt, and white gloves entered LOCATION-2 (the "January 23 Robber"). Internal surveillance footage during this time shows the January 23 Robber approaching the cash register and brandishing a black firearm with his left hand towards the employees. As noted in the Complaint, internal

surveillance footage is commonly incorrect from real time by minutes to hours, which may affect the time stamp on the video. The LOCATION-2 employees reported the January 23 Robber then demanded the employees give him the cash in the cash registers. At one point during the robbery, the January 23 Robber instructed the employees to not call law enforcement. The employees reported they opened the register and gave the available cash to the January 23 Robber. The January 23 Robber then exited LOCATION-2 and fled on foot. In total, the January 23 Robber took approximately $250.00 in United States Currency.

Upon review of the stills from the internal surveillance footage, as well as the internal surveillance footage itself, the January 23 Robber appears to be wearing the same "Nike" branded hooded sweatshirt as the January 9 Robber, which is also consistent with the "Nike" hooded sweatshirt recovered at the PREMISES on November 8, 2024. Moreover, the January 23 Robber appears to be wearing similar shoes (the grey New Balance sneakers) worn by the January 9 Robber, which are also consistent with the grey New Balance sneakers worn by the Defendant Kingsbury in over a dozen photographs on his Instagram account. Below are two screen captures taken from the surveillance video:



During a custodial interview with the FBI on November 8, 2024, Defendant Kingsbury admitted that he robbed a Starbucks in Washington, D.C. a few weeks after he robbed the Subway.

### 3.  *January 26 Attempted Armed Robbery of Fuji Hibachi & Sushi in Washington, D.C.*

On January 26, 2024, an attempted armed robbery at a Fuji Hibachi & Sushi restaurant located at 2714 Marion Barry Avenue SE, Washington, D.C. ("LOCATION-3") occurred. Employees of LOCATION-3 reported around 8:43 p.m. (EST), a black male approximately 6 feet tall wearing a medical mask over his nose and mouth, dark pants, a dark hooded sweatshirt, and grey shoes entered LOCATION-3 (the "January 26 Robber").  After the January 26 Robber entered LOCATION-3, the January 26 Robber looked at the menu for a brief period of time. The employees of LOCATION-3 reported the January 26 Robber asked employees about menu items, then drew a handgun and stated "Open the drawer, give me the money."  Internal surveillance footage from LOCATION-3 shows the employees flee to the back of the restaurant, at which point the January 26 Robber fled LOCATION-3 on foot.  The January 26 Robber was not able to obtain any United States Currency from LOCATION-3.

Based on internal surveillance footage captured during this incident, the January 26 Robber appears to be wearing the same "Nike" branded hooded sweatshirt as the January 9 Robber and the January 23 Robber, which is also consistent with the "Nike" hooded sweatshirt recovered at the PREMISES on November 8, 2024.  Moreover, the January 26 Robber appears to be wearing the same grey New Balance sneakers worn by the January 9 Robber and the January 23 Robber, which are also consistent with the grey New Balance sneakers worn by the Defendant Kingsbury in over a dozen photographs on his Instagram account.  Finally, the internal surveillance footage from the January 26 robbery shows the January 26 Robber brandishing a black firearm with his left hand, as seen below:





During a custodial interview with the FBI on November 8, 2024, Defendant Kingsbury

agreed that he robbed a "Hibachi place" after the Starbucks robbery and stated that "I didn't get

nothing" because "it was like they ran - she ran off or something and I wasn't gonna shoot her."

### 4. *Janaury 27 Armed Robbery of Starbucks in Washington, D.C.*

On January 27, 2024, another armed robbery occurred at LOCATION-2, a Starbucks in

Washington, D.C.   Employees of LOCATION-2 reported on January 27, 2024, a black male approximately 6 feet tall wearing a medical mask over his nose and mouth, tan pants, dark hooded sweatshirt, white gloves, and grey New Balance shoes entered LOCATION-2 (the "January 27 Robber").   Internal surveillance footage shows the January 27 Robber then went behind the counter to an area only for Starbucks employees and brandished a firearm towards employees with his left hand and stated "give me all the money out of the cash register."   The employees proceeded to open the register, and the January 27 Robber stole an unknown amount of United States Currency from LOCATION-2.

Upon review of internal surveillance footage, the January 27 Robber (captured in the stills below) enters LOCATION-2 at approximately 1:28 p.m. (EST) and appears to be wearing the same "Nike" hooded sweatshirt as the January 9 Robber, January 23 Robber, and January 27 Robber, which is also consistent with the "Nike" hooded sweatshirt recovered at the PREMISES on November 8, 2024.   Moreover, the January 27 Robber appears to be wearing grey sneakers consistent with the grey New Balance sneakers worn by the January 9 Robber, January 23 Robber, and January 26 Robber, which are also consistent with the grey New Balance sneakers worn by the Defendant Kingsbury in over a dozen photographs on his Instagram account.   Finally, a review of the surveillance footage also shows the January 27 Robber brandishing a firearm using his left hand.



During a custodial interview with the FBI on November 8, 2024, Defendant Kingsbury agreed that after he did not get any money from the January 26 attempted robbery, he went back to Starbucks because he knew Starbucks had money based on his prior armed robbery of Starbucks on January 23.

### *5. June 9 Armed Robbery of Subway in Arlington, VA*

On June 9, 2024, an armed robbery at a Subway located at 3045 Columbia Pike, Arlington, VA ("LOCATION-4) occurred. That day, Arlington Police Department ("APD") officers received a call for an armed robbery at LOCATION-4. According to APD paperwork, at approximately 8:56 p.m. (EST), a black male wearing an Allied Universal Security jacket, black pants, and a medical facemask entered LOCATION-4 (the "June 9 Robber"). Employees of LOCATION-4 reported the June 9 Robber grabbed a bottle of soda and waited until other customers in LOCATION-4 left. When no customers remained in LOCATION-4, the June 9 Robber approached the counter and, using his left hand, pulled a black handgun from under his jacket. The June 9 Robber then pointed the firearm at an employee of LOCATION-4 and stated "Give me the money or I'll kill you." The employee subsequently handed over approximately $500 in United States Currency. The June 9 Robber then demanded the employee tell him where the vault was

12

located in the store.  At that time, according to APD paperwork, a customer entered the store which prompted the June 9 Robber to flee on foot.

An APD K-9 unit subsequently recovered a black Universal Allied Security Jacket from a trash can nearby LOCATION-4.  Inside the jacket was a surgical facemask matching that which the June 9 Robber wore during the robbery.  On November 8, 2024, during a custodial interview with members of the FBI, when asked where Defendant Kingsbury got "the Allied Security jacket" that Defendant Kingsbury allegedly wore "in Arlington" when he "robbed the Subway", Defendant Kingsbury stated that "I literally found that. I don't have no security jacket. I swear to god I found that jacket. That jacket was old as hell. And I just thought like, this'll probably be cool if I put on and it'll maybe make me look like a security guard."  Defendant Kingsbury then also stated that he "put it [the jacket] in my trunk, I thought maybe I could use it or something" and that he later "threw it away in the trash can".  During that same custodial interview, when asked told there was a "break" in robberies between January and June, the Defendant Kingsbury responded, "Oh is it June?" and "I just didn't realize it was that long."  When asked whether the Defendant "moved over to Arlington" because he "work[s] over there" and is "familiar with the area", Defendant responded "Yes".

Internal surveillance footage is not available for this incident. Currently available APD paperwork shows that employees at LOCATION-4 claimed the store did not have access to the internal surveillance cameras.  However, while the robbery was occurring, one of the employees of LOCATION-4 was able to capture the June 9 Robber by way of a cell phone video.  A review of the video shows the June 9 Robber screaming at the cashier with a firearm in his left hand and demanding $100 bills and stating, amongst other things, "I'm gonna shoot your motherfuckin' ass . . . open the fuckin' register!"



### 6. *October 3 Armed Robbery of Subway in Arlington, VA*

On October 3, 2024, another armed robbery occurred at LOCATION-4, a Subway in Arlington, VA. According to available police paperwork from APD, at around 10:21 a.m. (EST), a black male approximately 6 feet tall wearing a medical mask over his nose and mouth, a black durag (a close-fitting cloth tied around the top of the head to protect hair), dark pants, and a black long sleeve shirt entered LOCATION-4 (the "October 3 VA Robber"). As with the June 9 robbery at this same location, the October 3 VA Robber brandished a black firearm towards employees, demanded money from the cash register, and then fled on foot. In this particular instance, the October 3 VA Robber stole approximately $400 in United States Currency.

Exterior surveillance footage from the location captured images of the October 3 VA Robber entering LOCATION-4, with his right arm swinging freely and left hand in his hooded sweatshirt pocket. The October 3 VA Robber is also seen on surveillance footage covering his right hand with his sweatshirt when he opens the door to LOCATION-4. The October 3 VA Robber appears to be concealing his firearm in his hooded sweatshirt with his left hand, and

covering his right hand with his sweatshirt to prevent law enforcement from recovering his fingerprint on the door handle of LOCATION-4.  A screenshot of this exterior surveillance footage is seen below.  The October 3 VA Robber appears to be wearing the same "Nike" hooded sweatshirt as the January 9 Robber, January 23 Robber, January 26 Robber, and January 27 Robber, which is also consistent with the "Nike" hooded sweatshirt recovered at the PREMISES on November 8, 2024.  Moreover, the October 3 VA Robber appears to be wearing grey sneakers consistent with the grey New Balance sneakers worn by the January 9 Robber, January 23 Robber, January 26 Robber, and January 27 Robber, which are also consistent with the grey New Balance sneakers worn by the Defendant Kingsbury in over a dozen photographs on his Instagram account.



### 7.  _October 3 Armed Robbery of Popeye's in Temple Hills, MD_

On October 3, 2024, an armed robbery at a Popeye's restaurant located at 2310 Iverson Street, Temple Hills, MD ("LOCATION-5") occurred.  According to Prince George's County Police Department ("PGPD") paperwork, at around 12:18 p.m. (EST), a heavyset black male

approximately 6 feet tall wearing a medical mask over his nose and mouth, black durag, black jacket, grey New Balance sneakers, and grey colored pants (the "October 3 MD Robber") entered LOCATION-5.  The October 3 MD Robber walked up to the front counter, posing as a customer, and produced money as if he was paying.  He then then brandished a handgun, pointing it at the employees, and demanded United States Currency from the register.  A review of internal surveillance footage shows the October 3 MD Robber brandishing the handgun with his left hand.

The employees opened the cash register, and handed the suspect approximately $292 from the register.  The suspect then fled the scene on foot.  Video footage at the location captured images of the suspect, as seen below.



As stated above, approximately two hours before this robbery, LOCATION-4 was also robbed on October 3, 2024.  Specifically, both the October 3 VA Robber and the October 3 MD Robber appear to be wearing the same grey New Balance shoes, dark clothing, and black durag. Moreover, the grey New Balance sneakers worn by the October 3 MD Robber and October 3 VA Robber appears visually consistent with the sneakers worn by the January 9, January 23, January 26, and January 27 Robbers.



*October 3 VA Robber (left) and October 3 MD Robber (right)*

During a custodial interview with members of the FBI on November 8, 2024, when asked whether he robbed a Subway in Arlington and a Popeye's in Maryland on the same day, Defendant Kingsbury responded "Ya'll was following me?"   When asked why the Defendant Kingsbury robbed two businesses in one day, the Defendant Kingsbury responded, "I guess I just felt like - I just needed - I was just trying to get as much money as I could [inaudible]."   When asked to confirm "Popeye's on Iverson on the 3rd", Defendant responded, "Okay ya'll remember the days."

### 8.  *October 10 Armed Robbery of MetroPCS in Washington, D.C.*

On October 10, 2024, an armed robbery at a MetroPCS Store located at 1346 Marion Barry Avenue SE, Washington, D.C. ("LOCATION-6") occurred.  According to the MPD detective file, at around 1:38 p.m. (EST), a black male approximately 6 feet in height wearing a white gloves, black durag, medical mask over his nose and mouth, blue shirt, dark pants, and grey New Balance Sneakers (the "October 10 Robber") entered LOCATION-6.  Employees of LOCATION-6 stated the October 10 Robber asked employees to use the restroom at the location.  The October 10

Robber then brandished a black handgun with his left hand, and demanded money from the cash register.  Employees at the location opened the cash register and handed the October 10 Robber approximately $672 in United States Currency.  After the October 10 Robber obtained the United States Currency, he then robbed a separate customer who was in LOCATION 6.  The October 10 Robber brandished his firearm and demanded the victim's wallet.  The October 10 Robber then stole the victim's wallet, which contained the victim's identification card, social security card, $67 in United States currency, and numerous credit cards.  The October 10 Robber then fled the location on foot.

Internal surveillance footage depicts the October 10 Robber as visually consistent in height and build with all of the other robbers discussed in this affidavit.  Moreover, the grey New Balance sneakers worn by the October 10 Robber is visually consistent with the sneakers worn by the January 9, January 23, January 26, January 27, and October 3 Robbers.  Video footage from the location captured images of the suspect, clips of which are below.



During a custodial interview with the FBI on November 8, 2024, after being asked why he decided to rob the "old guy" behind him, the Defendant Kingsbury stated, "[inaudible] I did kinda feel bad for that guy. I never really try to mess with people [inaudible]" and "I even apologized".

### 9. *October 12 Armed Robbery of Chipotle in Washington, D.C.*

On October 12, 2024, an armed robbery at a Chipotle restaurant located at 1571 Alabama Avenue SE, Washington, D.C. ("LOCATION-7") occurred. According to the MPD detective file, at approximately 2:50 p.m. (EST), tall black male wearing a black durag, black Helly Hansen branded jacket, black pants, grey New Balance sneakers, and white medical mask (the "October 12 Robber") entered LOCATION-7. Employees reported to MPD that the October 12 Robber then approached the cash register and asked the employees to use the restroom. Employees then stated the October 12 Robber walked away towards a security guard stationed in LOCATION-7, brandished a firearm with his left hand towards the security guard, and walked the security guard back to the cash register where the October 12 Robber then demanded the cash in the cash registers, specifically the $100 bills. The October 12 Robber was able to rob LOCATION-7 of approximately $500 to $800 in United States Currency. The October 12 Robber then fled the location on foot.

Internal surveillance footage depicts the October 12 Robber as visually consistent in height and build with all of the other robbers discussed in this affidavit. Moreover, the grey New Balance sneakers worn by the October 12 Robber are visually consistent with the sneakers worn by the January 9, January 23, January 26, January 27, October 3, and October 10 Robbers. Several screenshots from the internal surveillance are seen below. Of note, based upon a review of the internal surveillance footage, the October 12 Robber appears to be wearing a black Helly Hansen jacket.



In the Defendant Kingsbury's Instagram account, the Defendant Kingsbury is seen wearing a black Helly Hansen jacket in multiple posts, as seen below:



During a custodial interview with the FBI on November 8, 2024, after asking about the MetroPCS robbery on October 12, Defendant was asked, "so then we're at uh - Chipotle - on Alabama – that's the one with the SPO, right?"  Defendant Kingsbury nodded his head up and down and responded, "Yep".

### 10. *October 18 Armed Robbery of Tobacco Hut in Arlington, VA*

On October 18, 2024, an armed robbery at a Tobacco Hut located at 4107 Columbia Pike, Arlington, VA ("LOCATION-8") occurred.  According to APD paperwork, at approximately 2:30 p.m. (EST), a black male approximately 6 feet tall wearing a black durag, black shirt, black pants, and black shoes (the "October 18 Robber") entered LOCATION-8.  The October 18 Robber asked the store clerk for a pack of cigarettes, at which point he produced a black handgun with his left hand and brandished it at the store clerk.  The October 18 Robber then reached across the counter and robed approximately $1,000 in United States Currency from the cash register.  The October 18 Robber then fled on foot.

Internal surveillance footage depicts the October 18 Robber as visually consistent in height and build with all of the other robbers discussed in this memorandum.  Internal surveillance footage also shows the October 18 Robber brandishing a firearm using his left hand that was procured from a plastic bag.  Of note, the October 18 Robber appears to be wearing a glove over his right hand, as seen below.  As discussed above, the robbers under investigation have previously used gloves or a sweatshirt sleeve to conceal law enforcement's recovery of fingerprint evidence.



During a custodial interview with the FBI on November 8, 2024, an FBI agent stated that "we had the 3rd, the 10th, and then the 12th, and now we're on the 18th – back in Arlington – Tobacco Spot" and asked "what'd you get on that one?" Defendant Kingsbury responded, "Um, you said what did I get? Maybe just some money."

### 11. *October 23 Armed Robbery of America's Best Wings in Washington, D.C.*

On October 23, 2024, an armed robbery at an America's Best Wings located at 2863 Alabama Avenue SE, Washington, D.C. ("LOCATION-9") occurred. According to the MPD detective file, at approximately 3:06 p.m. (EST), a heavyset black male wearing a two-tone light colored shirt, black skull cap, dark pants, and dark sneakers (the "October 23 Robber") entered LOCATION-9. The October 23 Robber entered with a plastic bag in his left hand. Employees of LOCATION-9 reported to MPD the October 23 Robber asked whether the bathroom was open. The October 23 Robber then entered the area behind the counter for employees only and produced

a firearm with his left hand from the plastic bag.  The October 23 Robber then brandished the firearm toward the employee and demanded money from the cash registers by stating "open everything."  The October 23 Robber then robbed LOCATION-9 of the cash in the cash registers and fled the location on foot.  At this time, it is unknown the amount of United States Currency the October 23 Robber was able to obtain.

Internal surveillance footage depicts the October 23 Robber as visually consistent in height and build with all of the other robbers discussed in this memorandum.  A screenshot of the October 23 Robber brandishing a firearm toward the employee is seen below.



During a custodial interview with the FBI on November 8, 2024, after discussing the robberies on October 3, October 10, October 12, and October 18, an agent stated, "And then five days later, Alabama Avenue, the wing spot?"  Defendant Kingsbury responded, "[inaudible] why you won't stop?"

### 12. *October 27 Armed Robbery of Phone Repair Pros in Temple Hills, MD*

On October 27, 2024, an armed robbery at Phone Repair Pros located at 4701-A Saint Barnabas Road, Temple Hills, MD ("LOCATION-10") occurred.  According to PGPD paperwork,

at approximately 1:36 p.m. (EST), a black male wearing a black Nike hoodie, dark pants and shoes, cream colored cotton gloves, a white medical mask, and a black plastic bag (the "October 27 Robber") entered LOCATION-10.  After entering the establishment, the October 27 Robber pointed a handgun at an employee and demanded money from the registers.  The employee complied and followed the October 27 Robber's orders.  The October 27 Robber obtained approximately $1,000 in United States Currency.  As the October 27 Robber exited LOCATION-10, the October 27 Robber fired one round from his handgun at the ground.  The October 27 Robber then fled on foot.

Internal surveillance footage depicts the October 27 Robber as visually consistent in height and build with all of the other robbers discussed in this memorandum.  Moreover, the black Nike hoodie worn by the October 27 Robber appears to be wearing the same "Nike" hooded sweatshirt as the January 9, January 23, January 26, January 27, and October 3 VA Robbers, which is also consistent with the "Nike" hooded sweatshirt recovered at the PREMISES on November 8, 2024. Internal surveillance footage also depicts that the October 27 Robber utilized his left hand to brandish the firearm.



During a custodial interview with members of the FBI on November 8, 2024, when asked about the firearm going off in the "mom and pop phone store", Defendant Kingsbury stated that he got rid of the firearm "a little after that but not the same day" and that he "threw it away". Defendant then stated that the firearm "is in the river" and "I was – like – going across the bridge" when he threw the firearm away. Later on, after discussing the October 23 robbery, an agent for the FBI stated "So then we're out in Temple Hills, four days later . . . so that was the other gun. The one you got rid of?  How'd it go off?"  Defendant Kingsbury gestured as if he was putting an object back into his pants with his left hand on his left side and stated, "[inaudible] . . . I put it back and I don't know [inaudible] – that's what [inaudible] shocked me [inaudible] and like [inaudible] I'm just glad that it didn't hit nobody."

### 13. <u>October 31 Armed Robbery of Popeye's in Suitland, MD</u>

On October 31, 2024, an armed robbery at a Popeye's restaurant located at 4621 Silver Hill Road, Suitland, MD ("LOCATION-11") occurred.   According to PGPD paperwork, at approximately 4:10 p.m. (EST), a black male approximately 5'10" in height wearing a white hooded jumpsuit, medical mask over his nose and mouth, grey New Balance sneakers, and black plastic bag (the "October 31 Robber") entered LOCATION-11.  After entering the establishment, the October 31 Robber approached the cash register, brandished a black firearm from his black plastic bag, and demanded cash from the cash register.  The October 31 Robber utilized his left hand to brandish the firearm.  The October 31 Robber obtained approximately $600 in United States Currency from the cash register, and then fled on foot.  Internal surveillance footage depicts the October 31 Robber as visually consistent in height and build with all of the other robbers discussed in this memorandum.  Moreover, the grey New Balance sneakers worn by the October 31 Robber are visually consistent with the sneakers worn by the January 9, January 23, January 26, January 27, September 16, October 3, October 10, and October 12 Robbers.

Internal surveillance footage captures the incident.  Below are two screenshots from that surveillance footage:



During the execution of the WARRANT at PREMISES on November 8, 2024, members of FBI recovered pair of white ty-vec pants consistent with what the robber was wearing during the October 31, 2024 Robbery. A photograph of the pants is below:



During a custodial interview with members of the FBI on November 8, 2024, when asked where he got "the ty-vec suit from, that like white jumpsuit for the Popeye's on Halloween", the Defendant Kingsbury responded, "I forgot where I got it from. I just had it." When asked later, "the 31st on Halloween, back out in Suitland, Popeye's?", the Defendant responded, "Yeah, I was there too."

### 14. *Ŋovember 6 Armed Robbery of ABC Store in Arlington, VA*

On November 6, 2024, an armed robbery at an ABC Store (a liquor store) located at 2940 Columbia Pike, Arlington, VA ("LOCATION-12") occurred. According to preliminary APD paperwork, at approximately 7:28 p.m. (EST), a black male wearing a beige shirt, black skull cap (the "November 6 Robber"), entered the ABC store and posed as a customer by placing a bottle of vodka on the check out counter. An employee of the ABC store then reported to APD that the November 6 Robber brandished a black firearm with his left hand towards the employee and stated

something to the effect of "open the register before I shoot you."  The November 6 Robber then robbed the establishment of an unknown amount of United States Currency and fled on foot immediately after.  According to security personnel at LOCATION-12, the November 6 Robber stated "I'll be back" because the November 6 Robber was upset he did not obtain enough United States Currency.

A screenshot of the internal surveillance footage is seen below:



Additionally, members of the FBI subsequently reviewed the law enforcement LPR database, which shows at 7:14 p.m. (EST) the VEHICLE traveled westbound on Columbia Pike and South Queen Street, Arlington Virginia.  As described in the Complaint, this is approximately .4 miles away from the ABC store, and 8.5 miles away from the PREMISES, where an FBI agent observed Defendant Kingsbury and the VEHICLE approximately one hour prior.  The LPR database also showed at 7:34 p.m. (EST), the VEHICLE traveled eastbound on Columbia Pike and South Ross Street, Arlington Virginia towards the District of Columbia.  As described in the

Complaint, Columbia Pike and South Ross Street is .6 miles away from the ABC store that was robbed minutes prior. Law enforcement subsequently returned to the PREMISES at around 8:04 p.m. (EST), and observed the VEHICLE parked in the parking lot of the PREMISES.

During a custodial interview with members of the FBI on November 8, 2024, the Defendant Kingsbury was asked about whether he robbed an "ABC" in Virginia on the prior Wednesday (November 6). In response, Defendant Kingsbury stated, "Ya'll getting there too? Ya'll came right afterwards? Ya'll coming to all of them?"

### 15. *November 7 Armed Robbery of Tigo's Peruvian Express in Washington, D.C.*

On November 7, 2024, an armed robbery at Tigo's Peruvian Express located at 1322 H Street NE, Washington, D.C. ("LOCATION-13") occurred. According to the MPD paperwork, at approximately 5:09 p.m. (EST) a black male approximately 5'10" in height wearing a white surgical mask and all black clothing (with a white emblem over the chest) (the "November 7 D.C. Robber") entered LOCATION-13. The November 7 D.C. Robber asked an employee for a can of soda and was told the price of the soda was $2.20. The November 7 D.C. Robber then retrieved a black handgun from his hoodie or pants, pointed the handgun with his left hand at the employee, and told the employee to open the cash drawer. The November 7 D.C. Robber then retrieved money from the cash drawer with his right hand. After obtaining the money, the November 7 D.C. Robber exited the business and turned left to travel east in the 1300 block of H Street NE. The employee estimated that the November 7 D.C. Robber obtained between $400 and $500 from the cash drawer.

### 16. *November 7 Armed Robbery of 7-Eleven in District Heights, MD*

On November 7, 2024, an armed robbery at a 7-Eleven located at 5401 Silver Hill Road, District Heights, MD ("LOCATION-14") occurred. According to PGPD paperwork, a black male wearing a white medical mask, black hooded jacket under a burgundy fleece jacket, grey pants,

grey New Balance sneakers, and white gloves (the "November 7 MD Robber") entered LOCATION-14. Employees of LOCATION-14 reported the November 7 MD Robber posed as a customer by requesting a carton of cigarettes. The November 7 MD Robber then produced a firearm, pointed it at employees, and demanded cigarettes and cash from the cash register. Employees of LOCATION-14 reported the November 7 MD Robber then went behind the counter, and robbed the location of approximately 25 packs of Newport branded cigarettes and approximately $40 in United States currency.

The November 7 MD Robber then fled the scene, and as he did so, discharged his firearm. Due to the preliminary nature of the PGPD paperwork, it is unclear the direction in which the November 7 MD Robber discharged his firearm, although one 9 millimeter shell casing was recovered from the scene, which could be fired by the firearm recovered from PREMISES during the execution of the WARRANT. Moreover, during execution of the WARRANT, members of FBI recovered multiple packs of Newport cigarettes, consistent with what was stolen.

During a custodial interview with members of the FBI on November 8, 2024, an FBI agent stated "We know now about three spots in the last day and a half. Is that just a little more desperate, or what . . . money's not coming quick enough?" Defendant Kingsbury responded, "Yeah . . . kinda desperate like . . . [inaudible]".

* * *

The nature and circumstances of these offenses, which involve multiple armed robberies of businesses, weighs heavily in favor of pretrial detention. Armed robbery is a crime of violence, and in nearly all of the fifteen armed robberies and one attempted robbery described above, Defendant Kingsbury pointed a handgun at another person to facilitate his crime. The danger posed by pointing a gun at another human being during the course of a robbery cannot be

overstated.  "The best outcome, if everything goes as planned during an armed robbery, involves a victim's being placed at risk and feeling terrified for his safety, possibly for years to come, and if things go wrong, someone—or multiple people—could be killed or seriously injured."  *United States v. Lee*, 195 F. Supp. 3d 120, 129 (D.D.C. 2016).  Despite this grave risk, over the course of ten months, Defendant Kingsbury pointed a gun at another person repeatedly—at a Starbuck's, at a Hibachi & Sushi restaurant, at the same Starbuck's, at a Subway, at another Subway, at a Popeye's, at a phone store, at a Chipotle, at a tobacco store, at a wing store, at another Popeye's, at a liquor store, at a Peruvian restaurant, and at a 7-Eleven—placing the victim–employees, uninvolved customers, and himself at grave risk each time.

Defendant Kingsbury brandished a gun at employees of D.C., Maryland, and Virginia establishments because he intended to instill fear in them to ensure their compliance with his demands.  This created the danger of a violent response, placing the safety of the employees, uninvolved civilians, and Defendant Kingsbury himself at risk.  Each offense was separated by a number of days—sometimes months—and allowed Defendant Kingsbury an opportunity to reflect upon his conduct.  He made the conscious decision to repeatedly victimize people at gunpoint for his own pecuniary gain.  The nature and circumstances of these offenses weighs heavily in favor of detention.

### B.     The Weight of the Evidence

The weight of the evidence weighs heavily in favor of pretrial detention.  As discussed at length in a recent opinion by Chief Judge Howell, the "weight of the evidence should not automatically be weighed less than the remaining statutory pretrial detention factors."  *United States v. Michael Blackson*, No. 23-CR-25 (BAH), ECF No. 18 at 20 (D.D.C. Feb. 6, 2023).  This is a "common-sense consideration," as "if the evidence against a defendant is overwhelming, credible, helpful, and important to the government's case in chief, that may increase the risk that

defendant will flee to avoid future court proceedings and may indicate that the defendant is a present danger to himself or the community if the government's allegations later prove to be true." *Id.*

Here, the evidence against Defendant Kingsbury is overwhelming. Defendant Kingsbury was arrested in the District shortly after robbing three businesses by gunpoint in merely two days. After the last robbery, Defendant Kingsbury fired off a round. During a search of his residence, law enforcement uncovered a gun. As depicted above, distinct clothing recovered from Defendant Kingsbury's residence links Defendant Kingsbury to the robberies. And, during a custodial interview after the gun and clothing were recovered, when asked about each of the fifteen armed robberies and one attempted armed robbery described above, Defendant Kingsbury did not deny any of these incidents and admitted affirmatively to at least ten of the robberies and the attempted robbery. Because the weight of the evidence is strong, it demonstrates that Defendant Kingsbury is a danger to the community and increases the risk that he will not return to Court. This weighs heavily in favor of detention.

C.      **Defendant Kingsbury's History and Characteristics**

The third factor, the history and characteristics of the person, also weighs heavily in favor of detention. Defendant Kingsbury has three prior convictions: (1) aggravated assault knowingly while armed; (2) unlawful possession of a firearm; and (3) simple assault. Prior sentences of incarceration have been insufficient to deter his conduct, which is now escalating, and demonstrates that pretrial detention is necessary to incapacitate Defendant Kingsbury and protect the community.

In D.C. Superior Court case number 2014 CF1 021910, Defendant Kingsbury—while on probation for unlawfully possessing a firearm—was charged with aggravated assault while armed for the December 22, 2014 repeated stabbing of a 63-year-old man. Defendant Kingsbury pleaded

guilty and admitted to the following facts:

> Had this case gone to trial the Government's evidence would have shown beyond a reasonable doubt that on or about December 22, 2014, the defendant, Antonio Kingsbury, approached [Victim-1], at approximately 7:50pm on the 1500 block of 27th St SE, Washington D.C.  The defendant demanded [Victim-1]'s bag; when [Victim-1] refused to give his bag to the defendant, the defendant repeatedly stabbed [Victim-1] with a knife in the upper portion of [Victim-1]'s body.  The defendant inflicted between 20 to 30 stab wounds on [Victim-1], causing injuries to [Victim-1] including significant blood loss, fractured ribs, a punctured lung, a collapsed lung and other injuries associated with his recovery from the stab wounds.

(April 3, 2015, Proffer of Facts.)  On June 9, 2015, Defendant Kingsbury was initially sentenced to 100 months incarceration, 4 years supervised release.  Defendant Kingsbury's supervised release was terminated on May 24, 2024, meaning he committed some of the robberies described above while still on supervised release.

The Pretrial Services Report indicates that Defendant Kingsbury has been arrested eleven times and has two other convictions, including a January 2014 conviction for unlawful possession of a firearm (Super. Ct. Case No. 2014-CF2-001325) and a December 2010 conviction for simple assault (Super. Ct. Case No. 2010-DVM-002801).  Defendant Kingsbury's criminal conduct has escalated, as he is now accused of using a gun to facilitate the theft of property from others in a string of armed robbery offenses, totaling sixteen offenses over ten months.  His unyielding criminal conduct, along with his demonstrated failure to comply with the conditions of probation (in the District in 2014 and more recently in January of 2024), demonstrate that no condition of combination of conditions would be sufficient to assure the safety of the community were he to be released.  Defendant Kingsbury's history and characteristics weigh heavily in favor of detention.

### D.    <u>Danger to the Community</u>

The fourth factor, the nature and seriousness of the danger to any person or the community posed by the Defendant Kingsbury's release, also weighs heavily in favor of detention.  The

charged offense involves the Defendant Kingsbury's use of a dangerous weapon on sixteen occasions in order to rob multiple businesses. Over and over again, Defendant Kingsbury was willing to point a gun and place other human beings at grave risk in order to take money and property. His conduct created an incredibly dangerous situation for employees, uninvolved customers, and Defendant Kingsbury himself.

The Supreme Court has held that "a gun is an article that is typically and characteristically dangerous; the use for which it is manufactured and sold is a dangerous one, and the law reasonably may presume that such an article is always dangerous even though it may not be armed at a particular time or place." *McLaughlin v. United States*, 476 U.S. 16, 17 (1986) (holding that "an unloaded gun is a 'dangerous weapon'"). Defendant Kingsbury's repeated use of a handgun to commit a series of armed robberies plainly demonstrates his danger to the community. This factor, as with the three prior factors, weighs heavily in favor of pretrial detention.

*    *    *

III.        <u>**Conclusion**</u>

Since January 2024, Defendant Kingsbury has repeatedly made the decision to point a gun at innocent, random people in order to obtain money and property.  His incredibly dangerous and reckless conduct stopped only because he was arrested and detained following the last of the robberies on November 7, 2024.  The government respectfully requests that Defendant Antonio Kingsbury be held without bond pending trial.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

Dated: November 14, 2024

By:     */s/ Kyle M. McWaters*
Kyle M. McWaters
Assistant United States Attorney
D.C. Bar No. 241625
601 D Street NW
Washington, DC 20530
(202) 252-6983
kyle.mcwaters@usdoj.gov